Submitted on remand September 27, affirmed November 2, 1994

## STATE OF OREGON,
*Respondent,*

*v.*

## IVY FRANCINE CONGER,
*Appellant.*

## (90-01-1676-C; CA A72340)
883 P2d 1338

David E. Groom, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Robert B. Rocklin, Assistant Attorney General, argued the cause for respondent. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

## PER CURIAM

This case was remanded to us to consider defendant's remaining two assignments of error, following the Supreme Court's reversal of our disposition of defendant's first assignment of error. *State v. Conger*, 319 Or 484, 878 P2d 1089 (1994). We have considered those assignments and find them to be without merit.

Affirmed.